AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Vincent Dalton <br><br> *Plaintiff(s)* <br> v. <br> Sgt. Ronald Hanson, C.O. Jonathan Souza, C.O. James G. Williams, Jr., C.O. Jacob Clippinger, C.O. Eric Fletcher, and Nurse Nicole L. Russo <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-646  ECC/TWD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  -Sgt. Ronald Hanson: 451 Tiplady Road, Granville, NY 12832-6025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sivin, Miller & Roche LLP
20 Vesey St., Suite 1400
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 22, 2025

Clerk of Court

s/N. Steves
*Signature of Clerk or Deputy Clerk*